IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FABIAN THOMAS | ) | |
| | ) | |
| V. | ) | 3-06-CV-2166-M |
| | ) | |
| JOANN JOHNSON, CHAIRMAN | ) | |
| NATIONAL CREDIT UNION | ) | |
| ADMINISTRATION | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Plaintiff's motion for default judgment is denied and Defendant's her motion to dismiss motion to withdraw is granted.

SO ORDERED this 21st day of March, 2007.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE